# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY BURKHART, <br><br> Petitioner, <br><br> v. <br><br> RAYMOND MADDEN, *Warden*, <br><br> Respondent. | Case No. 22-cv-00349-SSS-JPR <br><br> **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the other records on file herein, the Magistrate Judge's Report and Recommendation ("R&R") [Dkt. 79], and Petitioner's Notice of Non-opposition to the R&R [Dkt. 80]. The Court **ADOPTS and ACCEPTS** the findings and recommendations of the Magistrate Judge.

Accordingly, **IT IS ORDERED THAT:**

1. Respondent's Motion to Dismiss [Dkt. 54] is **GRANTED WITHOUT PREJUDICE** to Petitioner's timely filing a federal habeas petition once his state-court convictions become final.

2. Petitioner's Motion to Stay [Dkt. 64] and Motion for Order of Discovery [Dkt. 70] are **DENIED.**

3. Judgment be **ENTERED** consistent with this Order.

4. The Clerk is directed to serve this Order, Order Denying a Certificate of Appealability, and the Judgment on all counsel or parties of record.

Date: November 7, 2022

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE