JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY BURKHART,<br><br>    Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN, *Warden*,<br><br>    Respondent. | Case No. 22-cv-00349-SSS-JPR<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

**IT IS HEREBY ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE.**

Date: November 7, 2022

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE